**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kevin BATTLE, Defendant–Appellant.**

**No. 14–7284.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Kevin Battle, Appellant Pro Se. Christopher M. Mason, Special Assistant United States Attorney, Michael Clayton Hanlon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Battle appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Battle's informal brief does not challenge the basis for the district court's disposition, Battle has forfeited appellate review of the court's order. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*